## Mark Spencer vs. Henry P. Stevens et al.

A motion to change venue is too late where a circuit is lost.

*Motion by defendant Stevens to change the venue from the city and county of New York, to the city and county of Albany; on the usual affidavit, for nine witnesses.*—Plaintiff shows that the action is assumpsit

brought upon a promissory note; declaration served on Stevens, October 14, 1844; issue joined November 4. On the 6th December the default of the other defendant was entered, and on the 7th December this cause was noticed for trial for the circuit on the 4th Monday of December. On the 17th December, plaintiff's attorney received the papers for this motion. Plaintiff alleges delay to be the object of the motion.

W. W. Frothingham, *Defts Counsel.* Lansing and Pruyn, *Defts Attys.*

L. Hoyt, *Plffs Atty.*

Nelson, Chief Justice.—The plaintiff has lost a circuit ; the motion comes too late.

Motion denied, with costs.